**Opinion issued February 12, 2019**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-18-00995-CV

———————————

**MOSAIC BAYBROOK ONE, L.P. AND MOSAIC BAYBROOK TWO, L.P.,**
**Appellants**

**V.**

**PAUL SIMIEN, Appellee**

---

**On Appeal from the 133rd District Court**
**Harris County, Texas**
**Trial Court Case No. 2017-08379**

---

## MEMORANDUM OPINION

Appellants, Mosaic Baybrook One, L.P. and Mosaic Baybrook Two, L.P.,
have filed a petition for permissive appeal seeking to challenge an interlocutory
order granting a motion for partial summary judgment in favor of appellee, Paul
Simien. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(d); TEX. R. APP. P.

28.3.  To be entitled to a permissive appeal from an interlocutory order that would not otherwise be appealable, the requesting party must establish that (1) the order to be appealed involves a "controlling question of law as to which there is a substantial ground for difference of opinion" and (2) an immediate appeal from the order "may materially advance the ultimate termination of the litigation."  TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(d); *see* TEX. R. APP. P. 28.3(e)(4); TEX. R. CIV. P. 168.  Because we conclude that the petition fails to establish each requirement of rule 28.3(3)(e)(4), we deny the petition for permissive appeal.  *See* TEX. R. APP. 28.3(e)(4).  We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Goodman and Countiss.